# Court of Appeals
## Tenth Appellate District of Texas

10-25-00009-CR
10-25-00010-CR

Ethan Ali Khwaja,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
272nd District Court of Brazos County, Texas
Judge John L. Brick, presiding
Trial Court Cause Nos. 17-04679-CRF-272, 17-04680-CRF-272

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Ethan Ali Khwaja appealed the trial court's Judgments of Conviction imposed on December 6, 2024 and signed on January 8, 2025. Khwaja has filed a voluntary motion to dismiss the appeals. Khwaja and his attorney have signed the motion to dismiss filed in each appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Khwaja's motions to voluntarily dismiss the appeals are granted, and these appeals are dismissed. *Id.*

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  April 10, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
Do not publish
CR25

